UNITED STATES DISTRICT COURT Eastern District of Kentucky
EASTERN DISTRICT OF KENTUCKY **FILED**
SOUTHERN DIVISION
LONDON

FEB 27 2020

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 6:20-cr-11- REW
                                      18 U.S.C. § 241

**MICHAEL WALLACE and**
**GARY E. BALDOCK**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

From on or about November 18, 2018, the exact date unknown, and continuing through on or about September 24, 2019, in Pulaski County, in the Eastern District of Kentucky,

**MICHAEL WALLACE and**
**GARY E. BALDOCK**

knowingly and willfully conspired together to injure, oppress, threaten, and intimidate persons within Pulaski County, Kentucky in the free exercise and enjoyment of a right secured to them by the Constitution and laws of the United States, specifically their right to be free from unreasonable searches and seizures by one acting under color of law and the right to be free from the deprivation of property without due process of law by one

acting under color of law, all in violation of 18 U.S.C. § 241.

A TRUE BILL.

*[signature]*

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

Not more than 10 years imprisonment, a fine of not more than $250,000 and not more than 3 years supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.