**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
F I L E D

SEP 30 2020

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.        THIRD SUPERSEDING INDICTMENT NO.  6:20-CR-11-SSS-REW**

**MICHAEL WALLACE and**
**GARY E. BALDOCK**

\*   \*   \*   \*   \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 241

From on or about November 18, 2018, the exact date unknown, and continuing

through on or about March 6, 2020, in Pulaski County, in the Eastern District of

Kentucky,

**MICHAEL WALLACE and**
**GARY E. BALDOCK**

knowingly and willfully conspired together to injure, oppress, threaten, and intimidate

persons within Pulaski County, Kentucky, in the free exercise and enjoyment of a right

secured to them by the Constitution and laws of the United States, specifically their right

to be free from unreasonable searches and seizures by one acting under color of law and

the right to be free from the deprivation of liberty and property without due process of

law by one acting under color of law, all in violation of 18 U.S.C. § 241.

## COUNT 2
### 18 U.S.C. § 1114

On or about March 6, 2020, in Pulaski County, in the Eastern District of Kentucky,

### GARY E. BALDOCK

did willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully attempt to kill a special agent of the Federal Bureau of Investigation, while that agent was engaged in and on account of the performance of his official duties, all in violation of 18 U.S.C. § 1114.

## COUNT 3
### 18 U.S.C. § 924(c)

On or about March 6, 2020, in Pulaski County, in the Eastern District of Kentucky,

### GARY E. BALDOCK

did knowingly use and discharge a firearm, that is, a Glock, Model 23, .40 caliber semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Attempted Murder of a Federal Agent as alleged in Count Two of this Indictment, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## COUNT 4
### 21 U.S.C. § 841(a)(1)

On or about March 6, 2020, in Pulaski County, in the Eastern District of Kentucky,

**MICHAEL WALLACE**

did knowingly and intentionally possess with the intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
### 21 U.S.C. § 841(a)(1)

On or about March 6, 2020, in Pulaski County, in the Eastern District of Kentucky,

**GARY E. BALDOCK**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**   Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**COUNT 2:**   Not more than 20 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**COUNT 3:**   Not less than 10 years imprisonment and not more than life, to be served consecutive to any term of imprisonment imposed for any other offense, not more than a $250,000 fine, and not more than 5 years supervised release.

**COUNT 4:**   Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**COUNT 5:**   Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.