**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION- LONDON**
**INDICTMENT NO.: 6:20-CR-00011-REW-HAI**

**UNITED STATES OF AMERICA,**                                              **PLAINTIFF,**

**v.**

                              **RESPONSE RE: UNITED STATES MOTION**
                              **MOTION TO CONTINUE (D.E. #92)**

**MICHAEL WALLACE,**                                                       **DEFENDANT.**

      Comes now the Defendant, Mr. Michael Wallace, through undersigned counsel and hereby responds to the United States' motion to continue the pending trial date for Counts I, IV, and V of the indictment. (D.E. #92) . Defendant Wallace has no objection to the jury trial scheduled for the 16th day of November, 2020 being continued for 60 days as requested by the United States. The United States is in the process of obtaining and disclosing discovery materials that Defendant Wallace believes will be material to proving his innocence. As such, Defendant Wallace cannot be ready for trial until he has received the discovery materials and has had sufficient opportunity to analyze the information for use at trial. Therefore, Defendant Wallace does not object to the request by the United States to continue the jury trial of this matter.

      **WHEREFORE**, Defendant Wallace files this response to the United States' motion to continue the trial (D.E.#92).

      Respectfully submitted,

/s/: *Robert E. Norfleet*
**ROBERT E. NORFLEET**
Robert E. Norfleet Law Office, PLLC.
313 West Mt. Vernon St.
Somerset, Kentucky 42501
Phone: (606) 679-1550
Fax: (606) 679-1513
norfleetlawfirm@aol.com

*Counsel for Defendant Wallace*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which will electronically forward a copy of the foregoing to all counsel of record.

    All on this 22nd day of October, 2020.

/s/: *Robert E. Norfleet*
**ROBERT E. NORFLEET**
*Counsel for Defendant Wallace*